## A95A1747. WATSON et al. v. CITY OF ATLANTA.
(478 SE2d 474)

RUFFIN, Judge.

In *Watson v. City of Atlanta*, 219 Ga. App. 704 (466 SE2d 229) (1995), we reversed the decision of the trial court. The Supreme Court reversed our decision in *City of Atlanta v. Watson*, 267 Ga. 185 (475 SE2d 896) (1996). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Beasley, C. J., and Pope, P. J., concur.*

DECIDED NOVEMBER 18, 1996 —

*Chamberlain, Hrdlicka, White, Williams & Martin, Richard N. Hubert, David P. Thatcher,* for appellants.
*Charles G. Hicks, Clifford E. Hardwick IV,* for appellee.